UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.

Case No. 21-30301
Originating No.  21CR00027

**THOMAS KEITH JONES,**

    Defendant.
_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **THOMAS KEITH JONES,** to answer to charges pending in another federal district, and states:

1. On **June 16, 2021,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Western District of Pennsylvania based on an Indictment**. Defendant is charged in that district with violations of **Felon in Possession of a Firearm and Possession with Intent to Distribute Methamphetamine and Fentanyl.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

SAIMA MOHSIN
Acting United States Attorney

_____
RANYA ELZEIN
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: June 16, 2021